AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**VICTOR BELTON,**

      Petitioner,

      V.                              CASE NUMBER: **07-C-556**

**JEFFREY P. ENDICOTT**,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Victor Belton's request to proceed** *in forma pauperis* **is GRANTED.**

**Victor Belton's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED for lack of jurisdiction.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **July 6, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |