# United States District Court

EASTERN DISTRICT OF WISCONSIN

**VICTOR BELTON,**  **JUDGMENT IN A CIVIL CASE**

    Petitioner,

    V.    CASE NUMBER: **07-C-556**

**JEFFREY P. ENDICOTT**,

    Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Victor Belton's request to proceed** *in forma pauperis* **is GRANTED.**

**Victor Belton's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED for lack of jurisdiction.**

**This action is hereby DISMISSED.**

  **July 6, 2007**                                     **JON W. SANFILIPPO**
Date                                                      Clerk

                                                              s/ Linda M. Zik
                                                              (By) Deputy Clerk